IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FERDINAND BENJAMIN**, Individually and as the Personal Representative of the **ESTATE OF ENOCK BENJAMIN**, deceased, *Plaintiff*, v. **JBS S.A.**, **JBS USA FOOD COMPANY**, **JBS USA HOLDINGS, INC.**, **JBS SOUDERTON, INC.**, and **PILGRIM'S PRIDE CORPORATION**, *Defendants*. | : : : : : : : : : : : : : : | **CIVIL ACTION** No.   2:20-cv-2594-JP |

## ORDER

**AND NOW**, this _30th_ day of _December__, 2021, upon consideration of Plaintiff's Motion for Leave to File Notice of Supplemental Authority in Support of Plaintiff's Motion to Remand (Docket No.(s) 17, 29) and any response thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

The Clerk of Court is directed to enter on the docket for this matter Plaintiffs' Notice of Supplemental Authority attached as Exhibit 1 to Plaintiff's Motion for Leave.

BY THE COURT:

_____/s/ John R. Padova_____
**John R. Padova, J.**