IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERDINAND BENJAMIN, | : | CIVIL ACTION |
| Individually and as the Personal Representative | : | |
| of the Estate of Enock Benjamin | : | |
| | : | |
| v. | : | |
| | : | |
| JBS S.A., ET AL. | : | NO. 20-2594 |

## ORDER

**AND NOW**, 29th day of January, 2021, upon consideration of Plaintiff's Motion to Remand (Docket No. 17), and all documents filed in connection therewith, and having already orally granted the Motion to Remand on the record following argument on January 19, 2021, and for the reasons stated on the record at that argument and in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Remand is **GRANTED**.

2. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.